1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLINTON RANSOM,                      No.  2:17-cv-1436 JAM DB PS

12              Plaintiff,

13        v.                              FINDINGS AND RECOMMENDATIONS

14   DEPARTMENT OF VETERANS
     AFFAIRS., et al.,
15

16              Defendants.

17

18        By order signed October 19, 2017, plaintiff's complaint was dismissed and plaintiff was

19   granted leave to file an amended complaint that cured the defects noted in that order.  (ECF No.

20   3.)  Plaintiff was granted twenty-eight days from the date of that order to file an amended

21   complaint and was specifically cautioned that the failure to respond to the court's order in a

22   timely manner would result in a recommendation that this action be dismissed.  The twenty-eight

23   day period has expired, and plaintiff has not responded to the court's order in any manner.

24        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

25   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

26        These findings and recommendations will be submitted to the United States District Judge

27   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28   after being served with these findings and recommendations, plaintiff may file written objections

with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 5, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ransom1436.fta.f&rs